**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Taron Colenburg,

                    Plaintiff,

                                          Civ. No. 08-4683 (RHK/FLN)
                                                  **ORDER**

v.

STARCON International, Inc.,

                    Defendant.

---

This matter is before the Court *sua sponte*. Defendant having moved for summary judgment in this matter and the Court having reviewed the Motion papers and concluded that oral argument will not materially assist its resolution of the Motion, **IT IS ORDERED** that the May 27, 2009 hearing on Defendant's Motion is **CANCELED**. The Motion is deemed submitted on the written record.

Dated: May 26, 2009                                                     s/Richard H. Kyle
                                                                            RICHARD H. KYLE
                                                                            United States District Judge